Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 20 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. **2:21-CR-97-SMJ** |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. § 2251(a), (e)<br>Production of Child Pornography<br>(Counts 1, 2) |
| JOSEPH THOMAS SCHMITZ, | |
| Defendant. | 18 U.S.C. § 2252A(a)(2)(A), (b)(2)<br>Possession of Child Pornography<br>(Count 3) |
| | 18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about August 7, 2020, in the Eastern District of Washington, the Defendant, JOSEPH THOMAS SCHMITZ, did knowingly employ, use, persuade, induce, entice, and coerce and attempt to employ, use, persuade, induce, entice, and coerce a minor child, Minor 1, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted

INDICTMENT – 1

using any means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce, and such visual depiction was to be produced using material that have been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 2

On or about February 14, 2021, in the Eastern District of Washington, the Defendant, JOSEPH THOMAS SCHMITZ, did knowingly employ, use, persuade, induce, entice, and coerce and attempt to employ, use, persuade, induce, entice, and coerce a minor child, Minor 1, to engage in sexually explicit conduct, for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce, and such visual depiction was to be produced using material that have been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a), (e).

COUNT 3

On or about May 3, 2021, in the Eastern District of Washington, the Defendant, JOSEPH THOMAS SCHMITZ, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; that had been mailed, shipped and transported in interstate and

INDICTMENT – 2

foreign commerce, and which were produced using material that had been mailed, shipped and transported in interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(2) and/or 18 U.S.C. § 2251 (a), (e), as alleged in Counts 1 - 3 of this Indictment, the Defendant, JOSEPH THOMAS SCHMITZ, shall forfeit to the United States of America any visual depiction described in section 2251, 2251A, 2252, 2252(A), 2252(B), or 2260, or any book magazine, periodical, film videotape, or any other matter which contains any such visual depiction which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained in such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

DATED this ____ day of July 2021.

_____
Joseph H. Harrington
Acting United States Attorney

_____
Ann T. Wick
Assistant United States Attorney

INDICTMENT – 3