FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH THOMAS SCHMITZ,<br><br>Defendant. | No.   2:21-cr-00097-SMJ-1<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDERS** |

**IT IS HEREBY ORDERED**:

**1.** The United States Motion to Expedite Stipulated Motions for Protective Orders, **ECF No. 19**, is **GRANTED**.

**2.** The parties' Stipulation Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 20**, is **GRANTED**.

   *A.* Pursuant to Federal Rule of Criminal Procedure 16(d)(1), 18 U.S.C. § 3509, and the parties' stipulation, the parties' proposed Stipulated Protective Order Regarding Computer Forensic Review Procedures for Child Pornography Contraband, **ECF No. 20-1**, is **APPROVED**, **ADOPTED**, and

**INCORPORATED** in this Order by reference.

3. The parties' Stipulation for Protective Order Regarding Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 21**, is **GRANTED**.

   *A.* Pursuant to Federal Rule of Criminal Procedure 16(d)(1), 18 U.S.C. § 3509, and the parties' stipulation, the parties' proposed Stipulated Protective Order Regulating Identification of Minor Victims Pursuant to 18 U.S.C. § 3509, **ECF No. 21-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of August 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDERS – 2