FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH THOMAS SCHMITZ,<br><br>    Defendant. | No. 2:21-CR-00097-SMJ-1<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION DENIED**<br>**(ECF NO. 32)** |

   Before the Court is Defendant's motion to reconsider conditions of pretrial release, **ECF No. 32**. Specifically, Defendant asks the court to modify the condition prohibiting contact with his spouse.

   The United States opposes the motion because Defendant's wife is a potential government witness in this child abuse case.

   Defendant has proffered no information that was not available when the condition was ordered.

   Accordingly, Defendant's motion to modify conditions of release, **ECF No. 32,** is **DENIED**.

   **IT IS ORDERED.**

   DATED September 1, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1