UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2022

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Schmitz, Joseph Thomas | Docket No. | 0980 2:21CR00097-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joseph Thomas Schmitz, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 30th day of July 2021, under the following conditions:

**Additional Condition #22:** Defendant shall not possess or access pornography in any form, electronic or otherwise. Defendant shall not access the internet, including but not limited to cell phones with internet access. Should Defendant obtain employment involving the use of computers or other digital devices, this condition may be revisited.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Schmitz is alleged to have violated his conditions of pretrial release supervision by accessing the Internet, as evidenced in changes and/or activity on his social media accounts, since commencing his pretrial release supervision on July 30, 2021.

On July 30, 2021, a U.S. probation officer reviewed the conditions of pretrial release supervision with Mr. Schmitz. Mr. Schmitz acknowledged an understanding of the conditions, which included additional condition number 22.

On December 3, 2021, the undersigned received an email of various screen shot pictures from an individual who knows Mr. Schmitz, indicating activity and/or changes made on Mr. Schmitz's social media accounts after he commenced pretrial supervision on July 30, 2021. On December 6, 2021, the undersigned received another email from a special agent with Homeland Security Investigations (HSI) indicating activity and/or changes made on Mr. Schmitz's social media accounts after he commenced pretrial supervision on July 30, 2021.

On December 9, 2021, the undersigned contacted Mr. Schmitz via telephone and specifically inquired if he has accessed the Internet and/or his social media accounts. Mr. Schmitz stated that he last accessed the Internet via his X-box console, as was reported in a violation petition filed with the Court on September 27, 2021. Mr. Schmitz further denied accessing his social media accounts and stated that he previously provided his wife with his login information, prior to him being prohibited from having contact with her, pursuant to release condition number 15. On December 9, 2021, after speaking with Mr. Schmitz, the undersigned contacted Mr. Schmitz's wife. The undersigned inquired if she has access to Mr. Schmitz's social media accounts, and she replied in the affirmative. Ms. Schmitz opined that she occasionally accesses Mr. Schmitz's social media accounts to "keep appearances," and for the sake of preventing people from asking her questions in respect to Mr. Schmitz's pending charges. Ms. Schmitz stated she is aware that Mr. Schmitz is prohibited from accessing the Internet. The undersigned was very clear and concise with Ms. Schmitz that Mr. Schmitz is indeed prohibited from accessing the Internet in any manner pursuant to a release condition, and activity and/or changes in his social media accounts can be perceived as Mr. Schmitz using the Internet. Ms. Schmitz stated that she supports Mr. Schmitz, and thus agreed to cease all activity on his social media accounts.

On January 7, 2022, the undersigned reviewed another email from an HSI special agent which indicated changes in Mr. Schmitz's social media, specifically an increase in followers from his TikTok account from December 23 to 28, 2021. On January 10, 2022, Mr. Schmitz reported to the undersigned that he is abiding by all of his release conditions.

PS-8
**Re: Schmitz, Joseph Thomas**
**January 13, 2022**
**Page 2**

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 13, 2022

by s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/18/2022

Date