# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Schmitz, Joseph Thomas | Docket No. | 0980 2:21CR00097-TOR-1 |
| --- | --- | --- | --- |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joseph Thomas Schmitz, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 30th day of July 2021, under the following conditions:

**Condition # 15:** Avoid all contact, direct or indirect, with any persons who Defendant would reasonably know are or who may become a victim or potential witness in subject investigation or prosecution. This includes but is not limited to co-defendants and co-conspirators named or not, presently or in the future, whether indicted or not. Pretrial services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

**Additional Condition #22:** Defendant shall not possess or access pornography in any form, electronic or otherwise. Defendant shall not access the internet, including but not limited to cell phones with internet access.  Should Defendant obtain employment involving the use of computers or other digital devices, this condition may be revisited.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 1, 2021, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Schmitz.  Mr. Schmitz acknowledged an understanding of the conditions at that time.

**Violation #1:** Mr. Schmitz is alleged to have violated his conditions of his pretrial release supervision by being in direct contact with his wife and stepdaughter whom are or were potential witnesses in prosecution. Specific dates of  direct contact alleged are and not limited to October 7, 2021, and April 14, and May 1, 2023.

On August 4, 2023, the undersigned received a July 6, 2023, video recording from a State of Washington Child Protection Services (CPS) investigator which is of Mr. Schmitz' stepdaughter alleging that she and her mother have had contact with Mr. Schmitz since he has been on pretrial release. Mr. Schmitz' stepdaughter informed the CPS investigator that she and her mother physically met with Mr. Schmitz on three separate occasions, to include: October 2021, December 2022, and April 2023. After a review of Mr. Schmitz' location monitoring equipment and the specific allegation made by his stepdaughter in the interview, the undersigned determined that two of these encounters specifically happened on October 7, 2021, and April 14, 2023. As of this writing, the undersigned has been unable to determine a specific date for the allegation of a physical encounter in December 2022.

Mr. Schmitz' stepdaughter also informed the CPS investigator that she and her mother had virtual contact with Mr. Schmitz on multiple occasions through the FaceTime application via an iPhone. The stepdaughter stated that during their last physical encounter in April 2023, she observed Mr. Schmitz holding a cellular telephone and a group photo was taken. The stepdaughter also stated that her mother took various photographs of her and sent them to Mr. Schmitz. The stepdaughter stated the last FaceTime contact occurred on or about May 1, 2023. The stepdaughter stated their last FaceTime contact occurred on or about May 1, 2023. It should be noted, Mr. Schmitz has not reported to the U.S. Probation Office that he has a cellular telephone.

**Violation #2:** Mr. Schmitz is alleged to have violated his conditions of his pretrial release supervision by possessing a cellular telephone with Internet access on or about April 14, and May 1, 2023.

**PS-8**
**Re: Schmitz, Joseph Thomas**
**August 8, 2023**
**Page 2**

On August 4, 2023, the undersigned received a July 6, 2023, video recording from a State of Washington CPS investigator. The video is of Mr. Schmitz' stepdaughter alleging that she and her mother have had contact with Mr. Schmitz since he has been on pretrial release. Mr. Schmitz' stepdaughter informed the CPS investigator that she and her mother have had virtual contact with Mr. Schmitz on multiple occasions through the FaceTime application via an iPhone. The stepdaughter stated that during their last physical encounter in April 2023, she observed Mr. Schmitz holding a cellular telephone and a group photo was taken. The stepdaughter also stated that her mother took various photographs of her and sent them to Mr. Schmitz via text message. The stepdaughter stated the last FaceTime contact occurred on or about May 1, 2023. It should be noted, Mr. Schmitz has not reported to the U.S. Probation Office that he has a cellular telephone.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   August 8, 2023 |
| by | s/Jonathan C. Bot |
|  | Jonathan C. Bot<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

August 8, 2023

Date